# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- |
| | (For Revocation of Supervised Release) |
| v. | Case Number:  11-cr-00040-DME-01 |
| | USM Number:  11189-058 |
| DELL LLOYD ROMARY | Gregory R.S. Daniels, Appointed |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 8, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
| --- | --- | --- |
| 1 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 11/22/2011 |
| 2 | Excessive Use of Alcohol | 01/05/2011 |

*(See next page for additional violations.)*

    The defendant is sentenced as provided in pages 3 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

November 1, 2012
Date of Imposition of Judgment

*s/ David M. Ebel*
Signature of Judge

David M. Ebel, U.S. Circuit Judge
Name & Title of Judge

November 7, 2012
Date

DEFENDANT:  DELL LLOYD ROMARY
CASE NUMBER:  11-cr-00040-DME-01                                              Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 3 | Possession and Use of a Controlled Substance | 02/07/2011 |
| 4 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 07/10/2011 |
| 5 | Possession and Use of a Controlled Substance | 10/06/2011 |
| 6 | Possession and Use of a Controlled Substance | 11/06/2011 |
| 7 | Violation of the Law | 11/18/2011 |
| 8 | Violation of the Law | 11/02/2011 |

DEFENDANT:  DELL LLOYD ROMARY
CASE NUMBER:  11-cr-00040-DME-01                                                Judgment-Page 3 of 5

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighteen (18) months as to each of Counts 1 and 3, to be served concurrently with each other but consecutively to the sentence imposed in Boulder County, Colorado, District Court Case Number 2011CR1915.

     The court recommends that the Bureau of Prisons credit the defendant with zero (0) days spent in official detention prior to sentencing.

     The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

     Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

     _____
     UNITED STATES MARSHAL

By _____
     Deputy United States Marshal

DEFENDANT: DELL LLOYD ROMARY
CASE NUMBER: 11-cr-00040-DME-01                                                      Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

|         | Assessment | Fine   | Restitution |
|---------|------------|--------|-------------|
| **TOTALS** | $0.00      | $0.00  | $28,768.00  |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below. If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee       | * Total Loss | Restitution Ordered | Priority or Percentage |
|---------------------|--------------|---------------------|------------------------|
| First Citizens Bank | $5,404.00    | $5,404.00           |                        |
| Wachovia Bank       | $23,364.00   | $23,364.00          |                        |
| **TOTALS**          | **$28,768.00** | **$28,768.00**    |                        |

Interest on the restitution obligation will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

DEFENDANT:  DELL LLOYD ROMARY
CASE NUMBER:  11-cr-00040-DME-01                                                            Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The defendant is ordered to pay the balance of the restitution outstanding.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) restitution.